# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2020

159788

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

BRENT WESLEY GEESEY,
      Defendant-Appellant.

SC: 159788
COA: 348057
Tuscola CC: 16-013774-FC

_____/

      By order of September 30, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the April 23, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2020



Clerk

a0122